**Order entered October 4, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER AND WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court is appellant's October 2, 2018 motion to proceed with brief for "good cause reasons." The motion follows the trial court's September 28, 2018 order sustaining the court reporter's contest to appellant's statement of inability to afford payment of court costs. In the motion, appellant states she can file her brief by October 15, 2018.

We construe the motion as a statement that the reporter's record will not be filed. Accordingly, we **GRANT** the motion and **ORDER** the appeal submitted without the reporter's record. Because the appellate rules afford appellant thirty days to file her brief, we **ORDER** the brief be filed no later than November 5, 2018. *See* TEX. R. APP. P. 4.1(a), 38.6(a).

/s/    DAVID EVANS
            JUSTICE